UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-CV-8088-SVW-RZ | Date | November 19, 2012 |
|---|---|---|---|
| Title | Internet Brands, Inc. v. William Ryan Holliday, et al. | | |

JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Wendy E. Giberti | Patrick P. Gunn | |

**Proceedings:**   IN CHAMBERS ORDER Re MOTION TO DISMISS and SPECIAL MOTION TO STRIKE [6]

At this Court's November 19, 2012 hearing, Plaintiff indicated that they were willing to dismiss their third cause of action for violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), against Defendants. Therefore, that claim is DISMISSED.

The only remaining claims before this Court are state-law claims for common law trademark infringement, violation of California's Business and Professions Code § 17200, and civil conspiracy. Because this Court had original jurisdiction over Plaintiff's Lanham Act claims, Plaintiff's state law claims were also before this Court under its supplemental jurisdiction, 28 U.S.C. § 1367. However, as the only federal claim in this action has been voluntarily dismissed by Plaintiff, this Court DISMISSES the remaining state-law claims for LACK OF SUBJECT MATTER JURISDICTION. This, Defendant's special motion to strike is DENIED AS MOOT.

|  | : | 01 |
|---|---|---|
| | Initials of Preparer | PMC |